Wyatt B. Johnson, ISB: 5858
JOHNSON MAY
199 N. Capitol, Suite 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
wbj@johnsonmaylaw.com

Bryan L. Bleichner
Philip J. Krzeski
CHESTNUT CAMBRONNE PA
100 Washington Avenue, Suite 1700
Minneapolis, Minnesota 55401
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Jason Dallimore, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Idaho National Laboratory operated by Battelle Energy Alliance, LLC,<br><br>　　　　　　Defendants. | Case No. 4:24-cv-50-AKB<br><br>**STIPULATION TO ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

　　The Plaintiff, Jason Dallimore, on behalf of himself and all others similarly situated and the Defendant, Idaho National Laboratory, operated by Battelle Energy Alliance, LLC (the "Parties"), by counsel of record, stipulate and agree as follows:

　　1.　The Parties agree to a judgment of dismissal, without prejudice, of all claims between Jason Dallimore, on behalf of himself and all others similarly situated, and Idaho National Laboratory

STIPULATION TO ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE- 1

operated by Battelle Energy Alliance, LLC, as set forth in the above-entitled case, 4:24-cv-50-AKB.

2. The Parties shall bear their own costs and fees.

Dated: February 21, 2025

| JOHNSON MAY | CONSTANGY BROOKS SMITH & PROPHETE LLP |
|---|---|
| Wyatt B. Johnson (Feb 21, 2025 17:07 MST)<br>Wyatt Johnson<br>Attorneys for Plaintiff | /s/ Christopher Malpartida<br>Christopher Malpartida<br>Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I caused to be served a true copy of the foregoing document by the method indicated below and addressed to those parties below:

| Served | Party | Counsel | Means of Service |
|---|---|---|---|
| ☒ | Defendant | Jared Allen<br>Beard St. Clair Gaffney PA<br>955 Pier View Drive<br>Idaho Falls, ID 83402<br>Telephone: (208) 557-5218<br>allen@beardstclair.com | ☐ U.S. Mail, Postage Paid<br>☐ Hand Delivered<br>☐ Fax Transmittal<br>☒ CM/ECF Notification |
| | | Laura Balson<br>Katherine Rhoten<br>Christopher Malpartida<br>Constangy Brooks Smith & Prophete LLP<br>20 North Wacker Ste. 4120<br>Chicago, IL 60606<br>Telephone: (312) 282-0393<br>lbalson@constangy.com<br>krhoten@constangy.com<br>cmalpartida@constangy.com | ☐ U.S. Mail, Postage Paid<br>☐ Hand Delivered<br>☐ Fax Transmittal<br>☒ CM/ECF Notification |

/s/ Kristin Brown
Kristin Brown